UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

Douglas Koch,

                                DEBTOR.
------------------------------------------------------------X

CASE NO.: 09-13116 rel

Chapter: 13

JUDGE: ROBERT E. LITTLEFIELD, JR.

**Affidavit of Service**

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF NASSAU   )

      Patrick Lamberti, being duly sworn, deposes and says:
      I am not a party to this action, am over 18 years of age and reside in Nassau, New York.
      On July 29, 2010, I served the within Conditional Order Granting Relief from the Automatic Stay on the following parties, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Douglas Koch
55 N. Franklin St
Athens, NY 12015

Richard Croak, Esq.
314 Great Oaks Blvd
Albany, NY 12203

Andrea E. Celli, Esq.
7 Southwoods Boulevard
Albany, NY 12211

Tracy Hope Davis, Esq.
Office of the U.S. Trustee
74 Chapel Street
Suite 200
Albany, NY 12207

                                               /s/ Patrick Lamberti
                                                 Patrick Lamberti

Sworn to before me this
29th day of July, 2010

/s/ Rose Saramago
NOTARY PUBLIC

Rose Saramago
Notary Public, State of New York
No. 01SA6163060
Qualified in Suffolk County
Commission expires March 19, 20 11