```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF NEW YORK
```

---

```
IN RE:   DOUGLAS KOCH
         55 N FRANKLIN ST                              NOTICE OF MOTION
         ATHENS NY
         12015                                         CASE #09-13116
```
---

### NOTICE OF DEFAULT AND NOTICE OF CONDITIONAL
### MOTION TO DISMISS CHAPTER 13 CASE

According to the Trustee's records, your Chapter 13 plan payments are in default.

In order to correct this default, you must contact the Trustee's office at (518) 449-2043 within 10 days of the date of this letter. If you do not contact the Trustee's office within the allotted time, this document will be filed with the Clerk, U.S. Bankruptcy Court and will constitute Notice of a Motion to Dismiss your case pursuant to Section 1307 (c) of the Bankruptcy Code (11 U.S.C. 1307) due to material default by the debtor with respect to a term of a confirmed plan.

Motion will be returnable at the James T. Foley Federal Court House, Third Floor, Room 306, Albany, New York on October 7, 2010 at 12:15 PM. If a previous motion to dismiss has been received, the earlier motion date is still in effect.

```
Dated:September 3, 2010                 /s/ Andrea E. Celli
                                        Andrea E. Celli
                                        Chapter 13 Standing Trustee
                                        7 Southwoods Boulevard
                                        Albany, New York 12211
                                        (518) 449-2045
```
---

### CERTIFICATE OF MAILING

The undersigned hereby certifies that a copy of Motion was mailed this date to the parties noted below.

```
Dated: September 3, 2010                Signed: /s/ DEBI WASIELEWSKI

Debtor(s): Above

Attorney:RICHARD CROAK & ASSOC.         United States Bankruptcy Court
         314 GREAT OAKS BLVD            445 Broadway, Suite 330
         ALBANY, NY                     Albany, New York 12207
            12203
```